No. 20, original. WISCONSIN *v.* MICHIGAN. Motion submitted October 17, 1932. Decided October 24, 1932. The motion for leave to file the bill of complaint is granted and process is ordered to issue returnable within sixty days from this date. *Messrs. John W. Reynolds* and *Joseph E. Messerschmidt* for complainant. No appearance for defendant.

No. —, original. EX PARTE INTERNATIONAL SAFETY RAZOR CORP. ET AL. Motion submitted October 17, 1932. Decided October 24, 1932. The motion for leave to file petition for writ of prohibition or mandamus is denied. The CHIEF JUSTICE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Martin A. Schenck* for petitioners.